CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/18/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
   DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| LEEQUAN MCLAURIN,  *Plaintiff,* | CASE NO. 6:21-cv-00038 |
| v. | ORDER |
| LIBERTY UNIVERSITY,  *Defendant.* | JUDGE NORMAN K. MOON |

Defendant Liberty University's motion for summary judgment, Dkt. 23, is **GRANTED** in accordance with the accompanying Memorandum Opinion. The Clerk of Court is **INSTRUCTED** to cancel the trial in this matter scheduled for May 16–18 and to remove the case from the Court's active docket.

The Clerk of the Court is hereby directed to send this order to all counsel of record.

Entered this  18th  day of April 2022.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE