CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/15/2022

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
      DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| LEEQUAN MCLAURIN, | CASE NO. 6:21-cv-38 |
| *Plaintiff,* | |
| v. | ORDER |
| LIBERTY UNIVERSITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the Report & Recommendation of U.S. Magistrate Judge Robert S. Ballou, Dkt. 56 ("R&R"), and Plaintiff's objections to the R&R, Dkt. 58. For the reasons set forth in the Court's Memorandum Opinion, to follow, The Court **ACCEPTS** the R&R in full and **OVERRULES** Plaintiff's objections.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this ___15th___ day of November, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

I.

1