FILED:  January 23, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-1556
(6:21-cv-00038-NKM-RSB)

_____

LEEQUAN MCLAURIN

        Plaintiff - Appellant

v.

LIBERTY UNIVERSITY

        Defendant - Appellee

_____

O R D E R

_____

        Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

                                  For the Court--By Direction

                                  /s/ Patricia S. Connor, Clerk