FILED: January 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1556
(6:21-cv-00038-NKM-RSB)

LEEQUAN MCLAURIN

    Plaintiff - Appellant

v.

LIBERTY UNIVERSITY

    Defendant - Appellee

RULE 42(b) MANDATE

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*